UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISE NEU,<br><br>                   Plaintiff,<br>    v.<br><br>PARK VISTA RETIREMENT &<br>ASSISTED LIVING COMMUNITY LLC,<br><br>                  Defendant. | CASE NO. 3:22-cv-05885-DGE<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME (DKT. NO. 13) |

      This matter comes before the Court on Plaintiff's motion for an extension of time to file a response to Defendant's motion to dismiss Plaintiff's First Amended Complaint (Dkt. No. 10). (Dkt. No. 13.)  Plaintiff's response was due February 6, 2023.  Plaintiff seeks a one-week extension until February 13, 2023.  Defendant does not oppose Plaintiff's request.  Having considered Plaintiff's motion, the Court ORDERS that Plaintiff's response to Defendant's motion to dismiss is due February 13, 2023.  Defendant's reply is due February 17, 2023.

1

2   Dated this 8th day of February, 2023.

3

4

    David G. Estudillo
5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME (DKT. NO. 13) - 2